IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Stacie D. Reusing | ) | Chapter 13 |
| Paul E. Reusing | ) | Case No. 1:17-bk-01237 RNO |
| Debtors | ) | |
| | ) | |
| | ) | |
| U.S. Bank National Association, as Trustee, for | ) | |
| Merrill Lynch Mortgage Investors Trust, | ) | |
| Mortgage Loan Asset-Backed Certificates, | ) | |
| Series 2007-SD1 | ) | |
| Movant | ) | |
| vs. | ) | |
| | ) | |
| Stacie D. Reusing, Debtor | ) | |
| Paul E. Reusing | ) | |
| | ) | |
| Debtors | ) | |
| | ) | |
| Charles DeHart, III | ) | |
| Trustee | ) | |

**DEBTORS' RESPONSE TO MOTION OF U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR MERRIL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-SD1 UNDER 11 USC 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001**

Comes now the Debtors, Paul E. Reusing and Stacie D. Reusing, by and through counsel, Stephen Wade Parker, and for his Response/Objection to Motion for Relief from Stay filed by U.S. Bank National Association, as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD, states:

1. Movant, "U.S. Bank National Association, as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD", filed its Motion for Relief on July 27, 2017.

2. Debtor's plan lists a conduit payment in the amount of $1,138.09.

3. Debtors are current on plan payments.

4. Trustee DeHart has disbursed funds on June 13, 2017 and on July 6, 2017 to Nationstar Mortgage, LLC.

5. Debtors request the Court deny Movant's Motion for Relief.

WHERFORE, Debtors, Paul E. Reusing and Stacie D. Reusing, prays the Court enter its order denying the Motion for Relief from the Automatic Stay that was filed on July 27, 2017 by U.S. Bank National Association, as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD.

Dated: August 10, 2017                                        Respectfully Submitted,

/s/Stephen Wade Parker
Stephen Wade Parker (315606)
Counsel for Debtor
Mooney & Associates
2 S. Hanover Street
Carlisle, PA 17013
Swp@mooney4law.com
(717) 243-4770 Phone
(717) 632-3612 Fax