```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 17-01237-HWV
Paul E. Reusing                                                     Chapter 13
Stacie D. Reusing
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1         User: PRadginsk             Page 1 of 2          Date Rcvd: Nov 02, 2017
                             Form ID: ntcnfhrg           Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2017.
db/jdb        +Paul E. Reusing,    Stacie D. Reusing,    1017 Friar Run,    Hanover, PA 17331-4419
cr            +U.S. Bank National Association,    Robertson Anschutz & Schneid, P.L.,
                6409 Congress Ave., Suite 100,    Boca Raton,, FL 33487,    UNITED STATES 33487-2853
4902140       +ARS/Account Resolution Specialist,     Po Box 459079,    Sunrise, FL 33345-9079
4955280       +BANK OF AMERICA,    Williamson and Brown,LLC,    4691 Clifton Pkwy,    Hamburg, NY 14075-3201
4902143       +Capital One,    Attn: General Correspondence/Bankruptcy,     Po Box 30285,
                Salt Lake City, UT 84130-0285
4944788        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
4902147       +Comenity Bank/Avenue,    Po Box 182125,    Columbus, OH 43218-2125
4902152       +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
4913603       +Nationstar Mortgage LLC,    PO BOX 619094,    Dallas, TX 75261-9094
4902154       +Rollc,   Roi,    1920 Greenspring Dr Ste 200,    Timonium, MD 21093-4156
4902155       +Seventh Avenue,    Seventh Avenue, Inc,    1112 7th Ave,    Monroe, WI 53566-1364
4913604       +U.S. BANK NATIONAL ASSOCIATION,    Nationstar Mortgage LLC,     PO BOX 619094,
                Dallas, TX 75261-9094
4932289       +U.S. Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
4920794        Wells Fargo Bank, N.A., dba WFDS,    P.O. Box 19657,    Irvine, CA 92623-9657
4902157       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4902141       +E-mail/Text: banko@berkscredit.com Nov 02 2017 18:53:20      Berks Credit & Collections,
                Po Box 329,    Temple, PA 19560-0329
4902146       +E-mail/Text: bkr@cardworks.com Nov 02 2017 18:53:10      Cardworks/CW Nexus,    Attn: Bankruptcy,
                Po Box 9201,    Old Bethpage, NY 11804-9001
4902150       +E-mail/Text: cio.bncmail@irs.gov Nov 02 2017 18:53:16      Internal Revenue Service,
                Centralized Insolvency Operations,     PO Box 7346,    Philadelphia, PA 19101-7346
4902151       +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 02 2017 18:53:13      Kohls/Capital One,
                Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
4934144        E-mail/Text: bkr@cardworks.com Nov 02 2017 18:53:10      MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
4911059        E-mail/Text: blegal@phfa.org Nov 02 2017 18:53:32      PHFA/HEMAP,    211 NORTH FRONT ST,
                PO BOX 8029,    HARRISBURG, PA 17105
4955288        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2017 19:01:48
                Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541
4902770       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2017 19:01:37
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4902153       +E-mail/Text: blegal@phfa.org Nov 02 2017 18:53:32      Pa Housing Finance Age,
                2101 N. Front Street,    Harrisburg, PA 17110-1086
4945928        E-mail/Text: bnc-quantum@quantum3group.com Nov 02 2017 18:53:24
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
4902155       +E-mail/Text: bankruptcy@sccompanies.com Nov 02 2017 18:54:04      Seventh Avenue,
                Seventh Avenue, Inc,    1112 7th Ave,    Monroe, WI 53566-1364
4955429       +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2017 18:55:55      Synchrony Bank,
                c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk VA 23541-1021
4902156       +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2017 18:56:04      Synchrony Bank/Walmart,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
4902158       +E-mail/Text: kcm@yatb.com Nov 02 2017 18:53:12      York Adams Tax Bureau,    PO Box 15627,
                York, PA 17405-0156
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4902148       Creditor Claims Of A
4902149       Creditor Claims Of A
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4902142*     +Berks Credit & Collections,    Po Box 329,    Temple, PA 19560-0329
4902144*     +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
4902145*     +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
                                                                                   TOTALS: 2, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as Trustee, for
               Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1
               bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Debtor 1 Paul E. Reusing Mooneybkecf@gmail.com,
               wade@swparkerlaw.com;r61895@notify.bestcase.com
              Stephen Wade Parker    on behalf of Debtor 2 Stacie D. Reusing Mooneybkecf@gmail.com,
               wade@swparkerlaw.com;r61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Paul E. Reusing,

    **Debtor 1**

Stacie D. Reusing,

    **Debtor 2**

Chapter 13

Case No. 1:17–bk–01237–HWV

## Notice

The hearing on confirmation of the Amended Plan of reorganization of Debtor and Joint Debtor is rescheduled for the date indicated below.

**December 2, 2017** is the deadline for filing objections to confirmation of the Amended Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: December 13, 2017<br>Time: 09:30 AM |
|---|---|

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRadginsk, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: November 2, 2017 |