<u>LOCAL BANKRUPTCY FORM 2016-2(c)</u>

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Paul E. Reusing | : | CASE NO. 1:17-bk-01237 |
| Stacie D. Reusing | : | |
| | : | |
| | : | |
| Debtor(s) | : | |

### <u>REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES</u>

<u>Instructions:</u> Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $ 4,500.00 |
| 2. Less amount paid to attorney prior to filing petition | $ 172.00 |
| 3. Balance of compensation to be paid through plan distributions | $ 4,328.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ 14.70 |
| | (postage) |

| | |
|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1. Retainer received | $ |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $ |
| 3. Expenses reimbursed prepetition | $ |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $ |
| 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | $ |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ 4342.70 |

Dated: <u>December 5, 2017</u>

/s/ Stephen Wade Parker

**Stephen Wade Parker 315606**

Attorney for Debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy