United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Paul E. Reusing  
Stacie D. Reusing  
      Debtors

Case No. 17-01237-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: PRadginsk     Page 1 of 1     Date Rcvd: Mar 13, 2018  
                         Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
4955429        +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 19:07:08      Synchrony Bank,  
        c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021  
                                                                                                                    TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2018 at the address(es) listed below:  
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com  
        James    Warmbrodt    on  behalf  of  Creditor     U.S.  Bank  National  Association,  as  Trustee,  for  
         Merrill  Lynch  Mortgage  Investors  Trust,  Mortgage  Loan  Asset-Backed  Certificates,  Series  2007-SD1  
         bkgroup@kmllawgroup.com  
        Kevin    Buttery    on  behalf  of  Creditor     U.S.  Bank  National  Association,  as  Trustee,  for  Merrill  
         Lynch  Mortgage  Investors  Trust,  Mortgage  Loan  Asset-Backed  Certificates,  Series  2007-SD1  
         kbuttery@rascrane.com  
        Stephen Wade Parker    on behalf of Debtor 1 Paul E. Reusing Mooneybkecf@gmail.com,  
         wade@swparkerlaw.com;r61895@notify.bestcase.com  
        Stephen Wade Parker    on behalf of Debtor 2 Stacie D. Reusing Mooneybkecf@gmail.com,  
         wade@swparkerlaw.com;r61895@notify.bestcase.com  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                       TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-01237-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Paul E. Reusing<br>1017 Friar Run<br>Hanover PA 17331 | Stacie D. Reusing<br>1017 Friar Run<br>Hanover PA 17331 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/13/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 13: Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541 | eCAST Settlement Corporation<br>PO Box 29262<br>New York NY 10087-9262<br>eCAST Settlement Corporation<br>PO Box 29262<br>New York NY 10087-9262 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/15/18

Terrence S. Miller
**CLERK OF THE COURT**