# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: PAUL E. REUSING            CHAPTER 13
       STACIE D. REUSING            CASE NO.: 1:17-bk-01237
                  DEBTORS

## NOTICE OF ENTRY OF APPEARANCE

       Kindly enter my appearance on behalf of Debtors Paul E. Reusing and Stacie D. Reusing for the above referenced case.

                                                          **By: /s/ Nicholas G. Platt**
                                                          Nicholas G. Platt 327239
                                                          MOONEY LAW
                                                          230 York Street
                                                          Hanover, PA 17331
                                                          ngp@mooney4law.com
                                                          (717) 632-4656 Phone
                                                          (717) 632-3612 Fax

Date: June 9, 2021