UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PAUL E. REUSING and<br>STACIE D. REUSING<br>    Debtors | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| vs. | : | |
| PAUL E. REUSING and<br>STACIE D. REUSING<br>    Respondents | : | CASE NO. 1-17-bk-01237-HWV<br><br>OBJECTION TO EXEMPTIONS |

## ORDER

Upon consideration of the Trustee's Objection to Debtors' Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.