United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Paul E. Reusing  
Stacie D. Reusing  
    Debtors

Case No. 17-01237-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Nov 16, 2021      Form ID: pdf010      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul E. Reusing, Stacie D. Reusing, 1017 Friar Run, Hanover, PA 17331-4419 |
| cr | + | U.S. Bank National Association, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED STATES 33487-2853 |
| 4902140 | + | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 4955280 | + | BANK OF AMERICA, Williamson and Brown,LLC, 4691 Clifton Pkwy, Hamburg, NY 14075-3201 |
| 4944788 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4902152 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 4913603 | + | Nationstar Mortgage LLC, PO BOX 619094, Dallas, TX 75261-9094 |
| 4902154 | + | Rollc, Roi, 1920 Greenspring Dr Ste 200, Timonium, MD 21093-4156 |
| 4913604 | + | U.S. BANK NATIONAL ASSOCIATION, Nationstar Mortgage LLC, PO BOX 619094, Dallas, TX 75261-9094 |
| 4932289 | + | U.S. Bank National Association, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 4920794 | | Wells Fargo Bank, N.A., dba WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 4902157 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 5033876 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |
| 5033877 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262, eCAST Settlement Corporation, PO Box 29262 New York NY 10087-9262 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4902141 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Nov 16 2021 18:38:00 | Berks Credit & Collections, Po Box 329, Temple, PA 19560-0329 |
| 4902143 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 16 2021 18:40:40 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4902146 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 16 2021 18:40:42 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 4902147 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 16 2021 18:38:00 | Comenity Bank/Avenue, Po Box 182125, Columbus, OH 43218-2125 |
| 4902150 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 16 2021 18:38:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 4902151 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 16 2021 18:38:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 4934144 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 16 2021 18:40:45 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4911059 | | Email/Text: blegal@phfa.org | Nov 16 2021 18:38:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 4955288 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 16 2021 18:40:41 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4902770 | + | Email/PDF: rmscedi@recoverycorp.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 16 2021 18:40:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4902153 | + | Email/Text: blegal@phfa.org | Nov 16 2021 18:38:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 4945928 | | Email/Text: bnc-quantum@quantum3group.com | Nov 16 2021 18:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4902155 | + | Email/Text: bankruptcy@sccompanies.com | Nov 16 2021 18:38:00 | Seventh Avenue, Seventh Avenue, Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 4955429 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 16 2021 18:40:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 4902156 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 16 2021 18:40:47 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4902158 | + | Email/Text: kcm@yatb.com | Nov 16 2021 18:38:00 | York Adams Tax Bureau, PO Box 15627, York, PA 17405-0156 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4902148 | | Creditor Claims Of A |
| 4902149 | | Creditor Claims Of A |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 4902142 | *+ | Berks Credit & Collections, Po Box 329, Temple, PA 19560-0329 |
| 4902144 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4902145 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2021  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor U.S. Bank National Association afogle@rascrane.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | |

| | |
|---|---|
| | on behalf of Creditor U.S. Bank National Association as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1 bkgroup@kmllawgroup.com |
| Kevin Buttery | on behalf of Creditor U.S. Bank National Association as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1 kbuttery@rascrane.com |
| Nicholas G. Platt | on behalf of Debtor 2 Stacie D. Reusing ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Paul E. Reusing ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association smncina@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PAUL E. REUSING<br>STACIE D. REUSING<br>DEBTORS | CASE NO.: 1:17-bk-01237 HWV<br>CHAPTER 13 |

## ORDER

UPON CONSIDERATION of the Debtor's Motion to Sell Property of the Estate ("Motion), which was filed on October 25, 2021, a copy of Debtor's Motion, Notice of Intent to Sell Property of the Estate, and this proposed order were served upon Debtor, all Creditors scheduled in Debtor's bankruptcy, the Chapter 13 Trustee, the United States Trustee, and any parties of interest. No objections have been filed in opposition to Debtor's Motion.

The Court finds that the Debtor's Motion is GRANTED. The Debtors are authorized to sell property of the estate under the terms stated in the Debtor's Motion.

**IT IS SO ORDERED.**

Dated: November 16, 2021

By the Court,

*/s/ Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (CD)