UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    PAUL E. REUSING                              Case No.: 1-17-01237-HWV
    STACIE D. REUSING                         Chapter 13
            Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                    **MORTGAGE INFORMATION**

Creditor Name:                  NATIONSTAR MORTGAGE
Court Claim Number:            04
Last Four of Loan Number:      6101/PRE ARREARS/1017 FRIAR RUN
Property Address if applicable:   1017 FRIAR RUN, , HANOVER, PA17331

**PART 2:**                    **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $14,316.62 |
| b. | Prepetition arrearages paid by the Trustee: | $14,316.62 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $14,316.62 |

**PART 3:**                    **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment:  $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**                    **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: February 1, 2022                    Respectfully submitted,

                                        s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com

Creditor Name:  NATIONSTAR MORTGAGE
Court Claim Number:  04

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1202023 | 05/09/2019 | $485.11 | $0.00 | $485.11 |
| 5200 | 1204725 | 07/11/2019 | $296.90 | $0.00 | $296.90 |
| 5200 | 1206081 | 08/07/2019 | $152.88 | $0.00 | $152.88 |
| 5200 | 1207550 | 09/26/2019 | $1,387.17 | $0.00 | $1387.17 |
| 5200 | 1209848 | 11/07/2019 | $73.47 | $0.00 | $73.47 |
| 5200 | 1211202 | 12/12/2019 | $323.41 | $0.00 | $323.41 |
| 5200 | 1212562 | 01/16/2020 | $1,493.16 | $0.00 | $1493.16 |
| 5200 | 1216509 | 04/14/2020 | $256.83 | $0.00 | $256.83 |
| 5200 | 1218518 | 06/02/2020 | $572.79 | $0.00 | $572.79 |
| 5200 | 1219549 | 07/07/2020 | $540.52 | $0.00 | $540.52 |
| 5200 | 1221648 | 09/17/2020 | $823.95 | $0.00 | $823.95 |
| 5200 | 1222645 | 10/15/2020 | $510.85 | $0.00 | $510.85 |
| 5200 | 1224412 | 12/10/2020 | $164.02 | $0.00 | $164.02 |
| 5200 | 1226199 | 01/19/2021 | $770.40 | $0.00 | $770.40 |
| 5200 | 1227219 | 02/17/2021 | $557.83 | $0.00 | $557.83 |
| 5200 | 1228234 | 03/17/2021 | $366.49 | $0.00 | $366.49 |
| 5200 | 1229253 | 04/15/2021 | $315.76 | $0.00 | $315.76 |
| 5200 | 2000627 | 05/18/2021 | $355.82 | $0.00 | $355.82 |
| 5200 | 2001638 | 06/16/2021 | $357.60 | $0.00 | $357.60 |
| 5200 | 2002616 | 07/14/2021 | $385.49 | $0.00 | $385.49 |
| 5200 | 2003683 | 08/18/2021 | $359.68 | $0.00 | $359.68 |
| 5200 | 2004691 | 09/14/2021 | $371.53 | $0.00 | $371.53 |
| 5200 | 2005736 | 10/14/2021 | $383.11 | $0.00 | $383.11 |
| 5200 | 2006765 | 11/16/2021 | $508.14 | $0.00 | $508.14 |
| 5200 | 2007791 | 12/15/2021 | $610.78 | $0.00 | $610.78 |
| 5200 | 2008798 | 01/19/2022 | $1,892.93 | $0.00 | $1892.93 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
PAUL E. REUSING  Case No.: 1-17-01237-HWV
STACIE D. REUSING  Chapter 13
    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 1, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| NICHOLAS G PLATT, ESQUIRE<br>MOONEY LAW<br>230 YORK STREET<br>HANOVER PA, 17331- | SERVED ELECTRONICALLY |
| NATIONSTAR MORTGAGE, LLC<br>ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 619096<br>DALLAS, TX, 75261-9741 | SERVED BY 1ST CLASS MAIL |
| PAUL E. REUSING<br>STACIE D. REUSING<br>1017 FRIAR RUN<br>HANOVER, PA 17331 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 1, 2022

s/ Donna Schott
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com