United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                       Case No. 17-01237-HWV
Paul E. Reusing                                        Chapter 13
Stacie D. Reusing
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                             User: AutoDocke                             Page 1 of 2
Date Rcvd: May 03, 2022                     Form ID: fnldec                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**         **Definition**
+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2022:**

**Recip ID**             **Recipient Name and Address**
db/jdb               + Paul E. Reusing, Stacie D. Reusing, 1017 Friar Run, Hanover, PA 17331-4419

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2022                              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2022 at the address(es) listed below:

**Name**                            **Email Address**

Ashlee Crane Fogle
                               on behalf of Creditor U.S. Bank National Association afogle@rascrane.com

Jack N Zaharopoulos (Trustee)
                               TWecf@pamd13trustee.com

James Warmbrodt
                               on behalf of Creditor U.S. Bank National Association as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1 bkgroup@kmllawgroup.com

Kevin Buttery
                               on behalf of Creditor U.S. Bank National Association as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1 kbuttery@rascrane.com

Nicholas G. Platt
                               on behalf of Debtor 2 Stacie D. Reusing ngp@mooney4law.com plattnr61895@notify.bestcase.com

| | | |
|---|---|---|
| Nicholas G. Platt | | on behalf of Debtor 1 Paul E. Reusing ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Rebecca Ann Solarz | | on behalf of Creditor U.S. Bank National Association bkgroup@kmllawgroup.com |
| Sindi Mncina | | on behalf of Creditor U.S. Bank National Association smncina@raslg.com |
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Paul E. Reusing,<br>**Debtor 1**<br>Stacie D. Reusing,<br>**Debtor 2** | Chapter 13<br>Case No. 1:17−bk−01237−HWV |

Social Security No.:
xxx−xx−5521    xxx−xx−0165

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: May 3, 2022

**fnldec** (01/22)